AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

INFRA-RED BUILDING & POWER SERVICE, INC

*Plaintiff(s)*

v.

TALON VETERAN SERVICES, INC., et al,.,

*Defendant(s)*

Civil Action No. 1:26-cv-03694

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SANFORD FEDERAL, INC.
d/b/a FAR GROUP
525 Corporate Dr, Ste 203
Stafford, VA, 22554

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jamie M. Hertz
HYLAND LAW PLLC
11710 Plaza America Drive, Suite 160
Reston, VA 20190

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________

was received by me on *(date)* __________ .

❐ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

❐ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: